IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOAN J. OPEL, | Case No.: 07-CV- 4372-JNE-SRN |
| **Plaintiff,** | |
| v. | |
| PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, and MONSANTO COMPANY, | RULE 7.1 STATEMENT |
| **Defendants** | Jury Trial Demanded |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Pfizer Inc. ("Pfizer"), Pharmacia Corporation ("Pharmacia"), and G.D. Searle LLC ("Searle") submit this Corporate Disclosure Statement. Defendants Pfizer, Pharmacia and Searle state:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Defendant Pharmacia Corporation is a wholly-owned subsidiary of Defendant Pfizer Inc.

3. Defendant G.D. Searle LLC is a limited liability company whose sole member is Pharmacia & Upjohn Company LLC, which is a limited liability company whose sole member is Pharmacia & Upjohn LLC, which is a limited liability company whose sole member is Pharmacia Corporation.

1

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 21, 2007 | FAEGRE & BENSON LLP |
|  | *s/Joseph M. Price* |
|  | Joseph M. Price, # 88201 |
|  | Erin M. Verneris # 0335174 |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-3901 |
|  | T (612) 766-7000 |
|  | F (612) 766-1600 |
|  | *Attorneys for Defendants Pfizer Inc.,* |
|  | *Pharmacia Corporation, and G.D. Searle LLC* |

fb.us.2437157.01