CLOSED, CV

# U.S. District Court
## U.S.District Court Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:07-cv-04372-JNE-SRN

Opel v. Pfizer Inc. et al  
Assigned to: Judge Joan N. Ericksen  
Referred to: Magistrate Judge Susan R. Nelson  
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability  

Date Filed: 10/25/2007  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Joan J Opel**     represented by **Ted G Meadows**  
Beasley Allen Crow Methvin Portis & Miles, PC  
PO Box 4160  
Montgomery, AL 36103-4160  
334-269-2343  
Fax: 334-954-7555  
Email: ted.meadows@beasleyallen.com  

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by **Erin M Verneris**  
Faegre & Benson LLP  
90 S 7th St Ste 2200  
Minneapolis, MN 55402-3901  
612-766-7380  
Fax: 612-766-1600  
Email: everneris@faegre.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph M Price**  
Faegre & Benson LLP  
90 S 7th St Ste 2200  
Minneapolis, MN 55402-3901  
612-766-7000  
Fax: 612-766-1600  
Email: jprice@faegre.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by  **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**
*formerly known as*
G.D. Searle & Co.

represented by **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2007 | 1 | COMPLAINT against Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC, Monsanto Company ( Filing fee $ 350 receipt number 4017185.) assigned to Judge Joan N. Ericksen per Master list and referred to Magistrate Judge Susan R. Nelson., filed by Joan J Opel. (Attachments: # 1 Civil Cover Sheet) (RJL) QC'd jam (Entered: 10/26/2007) |
| 10/25/2007 |  | Summons Issued as to Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC, Monsanto Company. (RJL) (Entered: 10/26/2007) |
| 11/21/2007 | 2 | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 11/21/2007) |
| 11/21/2007 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 11/21/2007) |
| 11/21/2007 | 4 | CERTIFICATE OF SERVICE by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC re 3 Rule 7.1 - Disclosure Statement, 2 Answer to Complaint (Price, Joseph) (Entered: 11/21/2007) |
| 12/21/2007 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-90), transferring case to the Northern District of California, San Francisco per MDL Panel for coordinated or consolidated pretrial |

|            |    | proceedings. Case assigned to Honorable Charles R. Breyer.(jz) (Entered: 12/21/2007) |
|------------|----|--------------------------------------------------------------------------------------|
| 12/21/2007 | ◑6 | NOTICE to Attorney: Case #07-4372 JNE/SRN has been transferred electronically to the Northern District of California pursuant to CTO-90. (jz) (Entered: 12/21/2007) |