1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | MDL NO. 1699
   | MARKETING SALES PRACTICES AND      | District Judge: Charles R. Breyer
13 | PRODUCT LIABILITY LITIGATION       |

14 | This Document Relates To:          |

15 | *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* | STIPULATION AND ORDER OF
   | (06-2273 CRB)                      | DISMISSAL WITH PREJUDICE
16 |

17 | *Roger Harper vs. Pfizer Inc, et al.*
   | (06-6023 CRB)

18 | *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
   | (07-2218 CRB)
19 |

20 | *Leon Hendrix vs. Pfizer Inc, et al.*
   | (08-0704 CRB)

21 | *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
   | (07-4383 CRB)
22 |

23 | *Charles Lee Holmes vs. Pfizer Inc, et al.*
   | (06-4211 CRB)

24 | *Bruce Holzwarth vs. Pfizer Inc, et al.*
   | (07-3035 CRB)
25 |

26 | *David E. Huard vs. Pfizer Inc, et al.*
   | (08-0796 CRB)

27 | *Clifford Jackson vs. Pfizer Inc, et al.*
   | (06-5042 CRB)
28 |

-1-

1. *Debbie Jackson, et al. vs. Pfizer Inc, et al.* (06-2605 CRB)
2. *Ozzie Jackson vs. Pfizer Inc, et al.* (06-2274 CRB)
3. *Ronald Jacoby vs. Pfizer Inc, et al.* (07-4689 CRB)
4. *Kathy Jewell vs. Pfizer Inc, et al.* (07-1355 CRB)
5. *Dorothy Johnson vs. Pfizer Inc, et al.* (06-5039 CRB)
6. *Billie Jean Johnstone vs. G.D. Searle LLC, et al.* (07-4549 CRB)
7. *John R. Jones vs. Pfizer Inc, et al.* (06-3899 CRB)
8. *Sylvester Jones vs. G.D. Searle LLC, et al.* (07-4550 CRB)
9. *Robert K. Kiser II vs. Pfizer Inc, et al.* (06-4104 CRB)
10. *Frank Klinger vs. G.D. Searle LLC, et al.* (05-4739 CRB)
11. *Alberta A. Kreitzer vs. Pfizer Inc, et al.* (08-2149 CRB)
12. *Vasudev Kulkarni vs. Pfizer Inc, et al.* (07-1528 CRB)
13. *Bertha R. Lacy vs. Pfizer Inc, et al.* (06-7383 CRB)
14. *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.* (08-1856 CRB)
15. *Thomas Lauer vs. Pfizer Inc, et al.* (08-2854 CRB)
16. *Barbara Laver vs. Pfizer Inc, et al.* (08-3705 CRB)
17. *Kenneth Prouty, et al. vs. Pfizer Inc, et al.* (06-7631 CRB)
18. *Vickie L. Lewis vs. Pfizer Inc, et al.* (06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1. *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

2. *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)

3. *Norma Matthias vs. Pfizer Inc, et al.*
   (06-7632 CRB)

4. *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)

5. *William D. McCluskey vs. Merck & Co. Inc, et al.*
   (07-3342 CRB)

6. *Phyllis McCord vs. G.D. Searle LLC, et al.*
   (05-4738 CRB)

7. *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)

8. *Vince Mejer vs. Pfizer Inc, et al.*
   (07-0237 CRB)

9. *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)

10. *Alfred Melton vs. Pfizer Inc, et al.*
    (06-2745 CRB)

11. *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)

12. *Wilmer Merriweather vs. G.D. Searle LLC, et al.*
    (05-4452 CRB)

13. *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
    (06-6588 CRB)

14. *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)

15. *Linda Mirza vs. Pfizer Inc, et al.*
    (06-3818 CRB)

16. *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)

17. *Henry C. Morris vs. Pfizer Inc, et al.*
    (06-3686 CRB)

18. *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3

4  *Ed Narke vs. Pfizer Inc, et al.*
   (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

6

7  *Rosa M. Nelson vs. Pfizer Inc, et al.*
   (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

9

10 *Floyd Odom vs. Pfizer Inc, et al.*
   (07-5885 CRB)

11 *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-6441 CRB)

12

13 *Mary Osteen vs. Pfizer Inc, et al.*
   (06-6928 CRB)

14 *Elvis Owens, et al. vs. Pfizer Inc, et al.*
   (06-5002 CRB)

15

16 *James Curtis Owens vs. Pfizer Inc, et al.*
   (06-1669 CRB)

17 *Marvin Palmer vs. Pfizer Inc, et al.*
   (06-6499 CRB)

18

19 *Albert Pearson vs. G.D. Searle LLC, et al.*
   (05-4455 CRB)

20 *R.V. Perkins vs. Pfizer Inc, et al.*
   (08-3699 CRB)

21

22 *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
   (05-4492 CRB)

23 *Kirk Redenius vs. Pfizer Inc, et al.*
   (06-4901 CRB)

24

25 *Linda Redinger vs. Pfizer Inc, et al.*
   (07-0454 CRB)

26 *Tammy L. Ribble vs. Pfizer Inc, et al.*
   (06-7283 CRB)

27

28 *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
   (06-6114 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16.2009    By: *[signature]*

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009    *[signature]*
Hon. Charles R. Breyer
United States District Court

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1